1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

10

11

| | |
|---|---|
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | Case No.: 2:12-cv-02129-GEB-CKD |
| Plaintiff, | Status Conf.       11/26/2012<br>Action Filed :    08/15/2012 |
| vs. | |
| PATRICIA ELSWICK, an individual; and ESTATE OF JOHN ADOLF WILES; and DOES 1 through 10, inclusive, | **(PROPOSED)<br>ORDER GRANTING UNOPPOSED REQUEST FOR A SIX WEEK CONTINUANCE OF NOVEMBER 26, 2012 SCHEDULING CONFERENCE** |
| Defendants. | |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ORDER

2

3      The Court considered the request by Plaintiff Provident Life and Accident

4  Insurance Company for an Order continuing the Scheduling Conference date from

5  November 26, 2012 to January 7, 2013.  For good cause shown, the request is hereby

6  granted.

7

8      IT IS HEREBY ORDERED THAT:  The Scheduling Conference will now take

9  place on January 28, 2013 at 9:00 a.m.  A joint status report shall be filed fourteen

10  days prior to the hearing.

11

12      **IT IS SO ORDERED.**

13

14      **Date:  11/14/2012**

15

16

17

18  _____
     GARLAND E. BURRELL, JR.
19  Senior United States District Judge

20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800