IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY,

        Plaintiff,

    v.

PATRICIA ELSWICK, an individual;
and ESTATE OF JOHN ADOLF
WILES; and DOES 1 through 10,
inclusive,

        Defendants.

2:12-cv-02129-GEB-AC

ORDER CONTINUING STATUS
(PRETRIAL SCHEDULING)
CONFERENCE

        The Joint Status Report filed by Plaintiff and Defendant Estate of John Adolf Wiles on January 14, 2013 ("JSR") reveals this case is not ready to be scheduled. Plaintiff indicates in JSR that "[b]oth defendants have been served[, but] . . . [Defendant Patricia] Elswick has not filed a responsive pleading." (SR 3:3-4.) Plaintiff does not indicate what should occur in this interpleader action without Defendant Elswick's appearance. Further, Defendant Estate of John Adolf Wiles indicates in the JSR that it "anticipates filing a cross-claim and, if appropriate, a motion for default against Defendant Elswick[,]" but fails to state when such actions will occur.

        Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on January 28, 2013, is continued to February 11, 2013, at 9:00 a.m.  A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference in which

1

the parties shall address all pertinent subjects set forth in Local Rule 240(a). The parties shall also address in the further joint status report how they are prosecuting this action as to Defendant Patricia Elswick and/or how the action should proceed without her appearance.

IT IS SO ORDERED.

Dated:  January 23, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge