IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
PROVIDENT LIFE AND ACCIDENT    )
INSURANCE COMPANY,             )    2:12-cv-02129-GEB-AC
                               )
          Plaintiff,           )
                               )    ORDER CONTINUING STATUS
     v.                        )    (PRETRIAL SCHEDULING)
                               )    CONFERENCE; FED. R. CIV. P.
PATRICIA ELSWICK, an individual;)   4(M) NOTICE
ESTATE OF JOHN ADOLF WILES; and )
DOES 1 through 10, inclusive,  )
                               )
          Defendants.          )
_____)
                               )
AND RELATED CROSS-CLAIM        )
_____)
```

The Joint Status Report filed by Plaintiff and Defendant Estate of John Adolf Wiles ("Estate") on January 29, 2013 ("JSR") reveals this case is not ready to be scheduled. The Estate indicates in the JSR that it filed a Cross-Claim against Patricia Elswick ("Elswick") on January 23, 2013; however, Elswick has not yet appeared in this action, and it is unknown if Elswick has been served with the Cross-Claim. (JSR 3:6.)

Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on February 11, 2013, is continued to June 24, 2013, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference in which the parties shall address all pertinent subjects set forth in Local Rule 240. The parties shall also address their efforts to prosecute the

Complaint and Cross-Claim as to Elswick and/or how the action should proceed without her appearance.

Further, the Estate is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Elswick with process within the 120 day period prescribed in that Rule may result in the Cross-Claim being dismissed. To avoid dismissal, on or before May 24, 2013, the Estate shall file proof of service of the Cross-Claim or a sufficient explanation why service was not effected within Rule 4(m)'s prescribed service period.

IT IS SO ORDERED.

Dated:  February 7, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge