1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PATRICIA ELSWICK, an individual; and ESTATE OF JOHN ADOLF WILES; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:12-cv-02129-TLN-AC<br><br>Action Filed :    08/15/2012<br><br>**ORDER GRANTING:**<br>**1. DISMISSAL OF PLAINTIFF PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY WITH PREJUDICE;**<br>**2. PERMANENT INJUNCTION; AND**<br>**3. PLAINTIFF'S RECOVERY OF REASONABLE ATTORNEYS' FEES AND COSTS**<br><br>[Filed Concurrently With:<br>-    Stipulation.] |

## ORDER

The Court, having considered the stipulation of the parties and for good cause shown, hereby orders as follows:

1. Defendants Patricia Elswick and the Estate of John A. Wiles, and each of them, their agents, attorneys or assigns, are enjoined and restrained from instituting any suit at law or equity, or action of any kind whatsoever, against Plaintiff Provident Life and Accident Insurance Company ("Plaintiff") with respect to the employee welfare benefit plan (the "Plan") sponsored by Farmers Group, Inc., the group life insurance policies issued by Plaintiff that funded the Plan (the "Policies"), and the life insurance benefits (the "Plan Benefits") that were payable as a consequence of the death of Sandra Wiles;

2. That Plaintiff be dismissed with prejudice from this action and that Plaintiff be discharged of all liability with respect to the Plan, the Policies and/or the Plan Benefits; and

3. That Plaintiff be awarded the sum of $2,278.80 as its reasonable attorneys' fees and costs incurred in this action, to be deducted from the Interpled Funds currently on deposit with this Court, to be made payable via a check to "Unum Group" and to be mailed forthwith to its counsel of record in this action: Barger & Wolen LLP, Attention: Robert E. Hess, 19800 MacArthur Boulevard, Suite 800, Irvine, California 92612.

**IT IS SO ORDERED.**

DATED: August 6, 2013

_____
Troy L. Nunley
United States District Judge