John R. Hemmerich (*Pro Hac Vice*, Oregon Bar #093791)
Justin R. Martin (Oregon Bar # 064213)
Myatt & Bell, PC
10300 SW Greenburg Rd.
Lincoln One, Suite 460
Portland, Oregon   97223
Telephone: (503) 546-9724
Facsimile: (503) 546-9724
johnh@myattandbell.com
*Attorney for Defendant*
*Estate of John Adolf Wiles*

Patricia Elswick (*Pro Se*)
5917 20th St.
Rio Linda, California 95673
Tel: (916) 991-2320

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICIA ELSWICK, an individual; and ESTATE OF JOHN ADOLF WILES; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:12-CV-02129-TLN-AC<br><br>Action Filed:   08/15/2012<br><br>ORDER GRANTING CROSS-CLAIMANT ESTATE OF JOHN A. WILES' **UNOPPOSED** REQUEST FOR AN ORDER EXTENDING THE DISCOVERY DEADLINE |

## **ORDER**

The Court considered the unopposed request by Cross-Claimant Estate John Adolf Wiles for an Order extending the non-expert discovery deadline in this matter from December 16, 2013 to February 18, 2014. For good cause shown, the request is hereby GRANTED.

IT IS HEREBY ORDERED THAT: the non-expert discovery deadline in this matter shall be February 18, 2014.

**IT IS SO ORDERED.**

DATED: January 7, 2014

_____
Troy L. Nunley
United States District Judge