John R. Hemmerich (*Pro Hac Vice*, Oregon Bar #093791)
Justin R. Martin (Oregon Bar # 064213)
Myatt & Bell, PC
10300 SW Greenburg Rd.
Lincoln One, Suite 500
Portland, Oregon   97223
Telephone: (503) 546-9724
Facsimile: (503) 546-9724
johnh@myattandbell.com
*Attorney for Defendant*
*Estate of John Adolf Wiles*

Patricia Elswick (*Pro Se*)
5917 20th St.
Rio Linda, California 95673
Tel: (916) 991-2320

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICIA ELSWICK, an individual; and ESTATE OF JOHN ADOLF WILES; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:12—CV—02129—TLN—AC<br><br>Action Filed: 08/15/2012<br><br>STIPULATED ORDER OF DISMISSAL |

BASED UPON FRCP 41(a)(2) and the stipulation, endorsed hereon, of Cross-Claimant/Defendant Estate of John Adolf Wiles (the "Estate") and Cross-Defendant/Claimant Patricia Elswick ("Elswick")(Provident Life and Accident Insurance company previously being dismissed from the case), that:

   1. All issues in the above entitled case have been fully compromised and settled;

Page 1 – STIPULATED ORDER OF DISMISSAL

2. An order of dismissal with prejudice as to the claims of all the parties, without costs or attorneys fees to any party, be entered by the Court; and

3. The Clerk of the court be directed, pursuant to the Local Rule 150(h) of the Eastern District of California, to distribute all remaining interpled registry funds and any interest accrued to the Estate of John A. Wiles,

IT IS HEREBY ORDERED that:

1. The clerk enter an order of dismissal with prejudice on the claims of all the parties without costs or attorneys fees;

2. The Court clerk disburse all remaining Interpled Registry Funds, and any interest accrued, to Estate of John Adolf Wiles, payable via a check to Myatt & Bell, P.C. and to be mailed forthwith to its counsel of Record in this action: Myatt & Bell, P.C., ATT: John R. Hemmerich, 10300 SW Greenburg Rd. STE 500, Portland, Oregon 97223.

**IT IS SO ORDERED.**

Dated: March 20, 2014

_____
Troy L. Nunley
United States District Judge

IT IS SO STIPULATED:

/s/ John R. Hemmerich
John R. Hemmerich, *Pro Hac Vice* OSB# 093791
Attorney for the Estate of John A. Wiles


/s/ Patricia Elswick

Patricia Elswick, *Pro Se*


Page 2 – STIPULATED ORDER OF DISMISSAL